11 So.2d 878
### Albert J. TUCKER et als. v. Gaylord M. LESLIE et al.
### 7 Div. 734.

Supreme Court of Alabama.
Jan. 12, 1943:

Harris & Brown, of Birmingham, for appellant.

Reed & Reed and Irby A. Keener, all of Centre, for appellees.

PER CURIAM.
Appeal dismissed, motion of appellants.

11 So.2d 879
### Jess WALLING v. Chloie W. O'NEILL.
### 8 Div. 199.

Supreme Court of Alabama.
Dec. 31, 1942.

Jeff D. Smith, of Huntsville, for appellant.

E. D. Johnston and Geo. P. Cooper, both of Huntsville, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

12 So.2d 868
### Ex parte Ed WETZEL.
### 6 Div. 111.

Supreme Court of Alabama.
Jan. 20, 1943.

PER CURIAM.
Rule nisi denied; petition dismissed.

13 So.2d 895
### Leon WILLIAMS v. STATE.
### 6 Div. 25.

Supreme Court of Alabama.
April 22, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed by appellant.